

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2013

No. 04-13-00694-CV

**IN THE INTEREST OF J.F., M.F., AND J.I., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00745
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

In this accelerated appeal of the September 24, 2013 order terminating Appellant's parental rights, Appellant's court-appointed counsel filed an *Anders* brief stating that there were no meritorious issues to raise on appeal. In our November 13, 2013 order, we notified Appellant that if he wished to submit a pro se brief, he must file it with this court by December 3, 2013. *See* Tex. R. App. P. 38.6(a). On December 2, 2013, Appellant filed a letter with this court stating that he would like to file a pro se brief. We construe Appellant's letter as a first motion for extension of time to file Appellant's brief. *See id.* R. 10.5(b).

Appellant's motion is GRANTED. Appellant's pro se brief must be filed with this court by December 23, 2013. *See id.* R. 38.6(d); *see also* Tex. R. Jud. Admin. 6.2, *available at* http://www.supreme. courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2013.

_____
Keith E. Hottle
Clerk of Court